IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JEREMY GREY                                                               PLAINTIFF

v.                               No. 2:24-cv-132-DPM

EUN HEE CHOI                                         DEFENDANT

## ORDER

Motion to withdraw as counsel, *Doc. 13*, granted for good cause with a caveat. Burnett is relieved as counsel of record for Mr. Choi but must do two things. First, he must provide a copy of this Order to Choi. Second, he must file a status report by 24 January 2025 that confirms the first step and includes Choi's complete contact information. If new counsel doesn't appear for Choi by 24 January 2025, he will proceed *pro se*. The Court wishes Burnett well in his retirement.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 January 2025