# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JEREMY GREY**                                                                 **PLAINTIFF**

v.                              No. 2:24-cv-132-DPM

**EUN HEE CHOI**                                                              **DEFENDANT**

## JUDGMENT

Grey's complaint is dismissed with prejudice. The Court retains jurisdiction to enforce the parties' settlement until 20 June 2025.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 April 2025